

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2019

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M. A. C.**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

In this appeal of the trial court's civil commitment order, *see* TEX. HEALTH & SAFETY CODE ANN. § 841.081, Appellant's court-appointed attorney filed an *Anders* brief. In the brief, counsel states that after a professional evaluation of the record, counsel finds no reversible error, and concludes the appeal is without merit and wholly frivolous; counsel also attached a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re Commitment of Falcon*, No. 09-18-00049-CV, 2018 WL 6205135, at *1 (Tex. App.—Beaumont Nov. 29, 2018, pet. filed) (mem. op.) (applying *Anders* procedure in an appeal from a civil commitment order).

Counsel informed Appellant of his right to file a pro se brief and provided Appellant a copy of the appellate record.

The State filed a letter waiving its right to file an appellee's brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so within **THIRTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief not later than THIRTY DAYS after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court